Nancy YAMASAKI[1] et al.,
Plaintiffs-Appellees,

v.

Patricia HARRIS, Secretary of Health,
Education and Welfare, et al.,
Defendants-Appellants.

Fannie BUFFINGTON et al.,
Plaintiffs-Appellees,

v.

Patricia HARRIS, Secretary of Health,
Education and Welfare, et al.,
Defendants-Appellants.

Nos. 74–1611, 74–3118.

United States Court of Appeals,
Ninth Circuit.

Oct. 18, 1979.

Robert S. Greenspan (argued), Dept. of Justice, Washington, D. C., for defendants-appellants.

Jeff Spence (argued), Legas Services Center, Seattle, Wash., for plaintiffs-appellees.

Before BROWNING and TRASK, Circuit Judges, and SPENCER WILLIAMS[2], District Judge.

On June 20, 1979 the United States Supreme Court issued its opinion in *Califano v. Yamasaki,* —— U.S. ——, 99 S.Ct. 2545, 61 L.Ed.2d 176, affirming in part and reversing in part the decision of this court.

IT IS HEREBY ORDERED that these cases be remanded to the district courts for the entry of judgment not inconsistent with the Supreme Court's opinion.

1. Formerly Evelyn Elliott.

2. Honorable Spencer Williams, United States District Judge for the Northern District of California, sitting by designation.